# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
) No. 77237-6-I
    Respondent, )
) UNPUBLISHED OPINION
v. )
)
ANTAVIUS MAKELL SIMS, )
)
    Appellant. ) FILED: APR 1 6 2018
)

PER CURIAM — Antavius Sims appeals his conviction for third degree assault. His counsel argues, and the State concedes, that he is entitled to withdraw his guilty plea because he was misadvised regarding the standard sentence range for his offense. Sims raises a similar argument in his Statement of Additional Grounds For Review. We accept the State's concession and remand for the court to allow Sims to withdraw his plea.

Remanded.

FOR THE COURT:

_Mann, J._

_Appelwick, J._

_Leach, J._